**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| AMY MARIE SMALLWOOD, | ) |
| A.K.A. AMY MARIE BOWLING, | ) |
| Individually as the Surviving Spouse of | ) |
| LARRY WAYNE SMALLWOOD, | ) |
| Deceased, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) 5:26-cv-00296-TES |
| | ) |
| U HOOK IT WE PULL IT LLC; | ) |
| KEVIN DEWAYNE DAVIS; and | ) |
| FICTITIOUS DEFENDANTS A Through Z,) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of the Consent Motion to Add Amy Marie Smallwood, as Administrator of the Estate of Larry Wayne Smallwood, as a Party Plaintiff, and for good cause shown, the Court finds as follows:

This action involves claims related to the wrongful death of Larry Wayne Smallwood, including survival claims on behalf of his estate. Amy Marie Smallwood has been duly appointed as the Administrator of the Estate of Larry Wayne Smallwood by the Probate Court of Crawford County, Georgia on June 29, 2026. The addition of Amy Marie Smallwood in her capacity as Administrator is necessary to fully represent the interests of the estate in this matter, including any

1

claims for damages that survive the decedent under applicable law, including O.C.G.A. § 51-4-5.

Pursuant to Federal Rule of Civil Procedure 20(a)(1), joinder of Amy Marie Smallwood, as Administrator of the Estate of Larry Wayne Smallwood, as a Party Plaintiff is proper, as the claims involving the estate arise out of the same transaction, occurrence, or series of transactions or occurrences as those asserted by the existing Plaintiff, and common questions of law or fact exist.

All parties have consented to the addition of Amy Marie Smallwood, as Administrator of the Estate of Larry Wayne Smallwood, as a Party Plaintiff, and the Court finds that no prejudice will result from this joinder. The addition promotes judicial efficiency and ensures all necessary parties are before the Court.

The Consent Motion to Add Amy Marie Smallwood, as Administrator of the Estate of Larry Wayne Smallwood, as a Party Plaintiff is **GRANTED**. Plaintiff is directed to file an Amended Complaint adding Amy Marie Smallwood, as Administrator of the Estate of Larry Wayne Smallwood, as a Party Plaintiff within fourteen (14) days of this Order.

**SO ORDERED**, this   17th day of    July         , 2026.

S/  Tilman E. Self,III
_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

2